# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1166

_____

United States of America

*Plaintiff - Appellee*

v.

Stephen Roshon Dorsey

*Defendant - Appellant*

_____

No. 15-1167

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth Williams

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: July 1, 2015
Filed: July 7, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

———————

PER CURIAM.

These are consolidated direct criminal appeals from judgments entered by the district court.[1] Stephen Dorsey and Kenneth Williams each pled guilty to distributing cocaine base within 1,000 feet of a school, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 860(a), and each was sentenced by the district court at the bottom of his calculated Guidelines range. Their attorneys have moved for leave to withdraw, and have filed briefs under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the respective sentences. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court concludes that the district court did not impose a substantively unreasonable sentence in either case. *See United States v. David*, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions); *see also United States v. Cook*, 698 F.3d 667, 670 (8th Cir. 2012) (on appeal, applying presumption of reasonableness to within-Guidelines-range sentence). An independent review of both records reveals no nonfrivolous issues. *See Penson v. Ohio*, 488 U.S. 75 (1988)

The judgments in both cases are affirmed. Counsels' motions to withdraw are granted.

————————————————

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.